1

2

3

4

5

6              UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
7                      AT SEATTLE

8   JONATHAN WENDER,

9                          Plaintiff,              C07-197Z

10                                                 NOTICE OF CONSTITUTIONAL
                                                   CHALLENGE PURSUANT TO
11  v.                                             FED. R. CIV. P. 5.1(b) AND
                                                   ORDER RENOTING MOTIONS
12  SNOHOMISH COUNTY, et al,                       TO DISMISS.

13                          Defendants.

14

15

16          This matter comes before the Court on Plaintiff's Motions to Dismiss, docket nos. 20

    and 21.  Plaintiff's Motion to Dismiss Defendant Rider's Counterclaim under RCW
17
    § 4.24.350, docket no. 20, alleges RCW § 4.24.350 "is unconstitutional as impermissible
18
    viewpoint discrimination and is preempted by federal law."  See Motion to Dismiss, docket
19
    no. 20, at 1.  Plaintiff's Motion to Dismiss Defendant Rider's Counterclaim and Affirmative
20
    Defenses under RCW § 4.24.510, docket no. 21, argues that RCW § 4.24.510 is preempted
21
    by the Supremacy Clause and unconstitutional as applied to federal civil rights claims.  See
22
    Second Motion to Dismiss, docket no. 21, at 1.
23
            Pursuant to Rule 5.1(b) this Court hereby certifies to the Washington State Attorney
24
    General that there is a constitutional challenge to a state statute in this case.  The attorney
25
    general shall have 30 days to intervene in the case.  The Court directs the Clerk to send a
26

    NOTICE & ORDER   1–

1   copy of this Order to the Office of the Attorney General, 1125 Washington St. SE, PO Box

2   40100, Olympia, WA 98504-0100.

3        The Court RENOTES Plaintiff's Motions to Dismiss, docket nos. 20 and 21, for

4   consideration on Friday, August 17, 2007.

5        IT IS SO ORDERED.

6        DATED this 13th day of July, 2007.

7

8   _____
    Thomas S. Zilly

9   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE & ORDER   2–