UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN WENDER,

                        Plaintiff,                        C07-197Z

v.                                                         MINUTE ORDER

SNOHOMISH COUNTY, et al,

                        Defendants.

        The following Minute Order is made by direction of the Court, the Honorable Thomas
S. Zilly, United States District Judge:

        (1)     The Court finds good cause and compelling reasons to seal the stipulation
between plaintiff and Snohomish County, Prosecuting Attorney Ellis, and Deputy
Prosecuting Attorney Roe (the "Snohomish Defendants").  The stipulation, docket no. 188,
shall remain under seal until further order.

        (2)     Having been notified of the settlement of all claims and counterclaims in this
matter, the Court hereby STRIKES the following motions:  (i) motion for summary judgment
brought by the City of Lynnwood and Steven Rider, docket no. 84; (ii) the Snohomish
Defendants' motion for summary judgment, docket no. 102; (iii) Michael Mitchell's motion
for summary judgment, docket no. 112; and (iv) motion for summary judgment brought by
the City of Mountlake Terrace, Scott Smith, and Charles Peter Caw, docket no. 118.

        (3)     The parties shall advise the Court within thirty (30) days of this Minute Order
whether this case may be dismissed with prejudice and without costs.

MINUTE ORDER   1–

1         (4)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

2

3        Filed and entered this 23rd day of September, 2008.

                                  BRUCE RIFKIN, Clerk

4

5                             s/ Claudia Hawney
           By _____

6                    Claudia Hawney
                   Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER   2–